DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN CRAIG SAEGER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-501 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| | ) | **TO CONTINUE STATUS HEARING AND TO** |
| v. | ) | **EXCLUDE TIME PURSUANT TO THE** |
| | ) | **SPEEDY TRIAL ACT** |
| | ) | |
| STEPHEN CRAIG SAEGER, | ) | Date:  May 14, 2012 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: William B. Shubb |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, STEPHEN CRAIG SAEGER, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Monday, March 19, 2012, be continued to Monday, May 14, 2012, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses and investigating the facts of the case, and for further meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, March 13, 2012, through and including the date of the new status conference hearing, May 14, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

///

///

1  with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance

2  outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: March 13, 2012

4         Respectfully submitted,

6  BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
   United States Attorney                Federal Defender

7  By:
    /s/ Lexi Negin for                    /s/ Lexi Negin
8  JASON HITT                            LEXI NEGIN
   Assistant U.S. Attorney               Assistant Federal Defender
9  Attorney for United States            Attorney for Defendant
                                         STEPHEN CRAIG SAEGER

12                          **O R D E R**

13        Based on the reasons set forth in the stipulation of the parties filed on March 13, 2012, and good cause

14  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

15  that the status conference currently scheduled for Monday, March 19, 2012, be vacated and that the case be

16  set for **Monday, May 14, 2012, at 9:30 a.m.**  The Court finds that the ends of justice served by granting such

17  a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT

18  IS HEREBY ORDERED that, for the reasons stated in the parties' March 13, 2012, stipulation, the time within

19  which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time

20  period from the date of this stipulation, March 13, 2012, through and including May 14, 2012, pursuant to 18

21  U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

23  DATED:  March 13, 2012

25  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

2