HEATHER E. WILLIAMS, Bar #122664
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN CRAIG SAEGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-11-501 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) |
| STEPHEN CRAIG SAEGER, | ) Date: August 12, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, STEPHEN CRAIG SAEGER, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Monday, June 24, 2013, be continued to Monday, August 12, 2013, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses and investigating the facts of the case, and for further meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, June 20, 2013, through and including the date of the new status conference hearing, August 12, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

///

///

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 19, 2013

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | HEATHER E. WILLIAMS |
| United States Attorney | Federal Defender |

By:

 /s/ Lexi Negin for                                         /s/ Lexi Negin                         
JASON HITT                                              LEXI NEGIN
Assistant U.S. Attorney                           Assistant Federal Defender
Attorney for United States                    Attorney for Defendant
                                                                    STEPHEN CRAIG SAEGER

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 20, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, June 24, 2013, be vacated and that the case be set for **Monday, August 12, 2013, at 9:30 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 20, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 20, 2013, through and including August 12, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  June 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE