1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   Lexi Negin, Bar #250376
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    STEPHEN CRAIG SAEGER

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   CASE NO. CR-S-11-501 WBS
                                      )
12              Plaintiff,            )   **STIPULATION AND [~~PROPOSED~~] ORDER
                                      )   TO CONTINUE STATUS HEARING AND TO
13        v.                          )   EXCLUDE   TIME   PURSUANT   TO   THE
                                      )   SPEEDY TRIAL ACT**
14   STEPHEN CRAIG SAEGER,            )
                                      )   Date:   September 16, 2013
15              Defendant.            )   Time:  9:30 a.m.
                                      )   Judge: Hon. William B. Shubb
16   _____ )

17        It is hereby stipulated and agreed to between the United States of America through JASON HITT,

18   Assistant U.S. Attorney, and defendant, STEPHEN CRAIG SAEGER, by and through his counsel, LEXI

19   NEGIN, Assistant Federal Defender, that the status conference set for Monday, August 12, 2013, be continued

20   to Monday, September 16, 2013, at 9:30 a.m.

21        The reason for this continuance is to allow defense counsel additional time to continue examining the

22   possible defenses and investigating the facts of the case, and for further meetings between the parties with the

23   goal being to resolve the case by way of a disposition.

24        It is further stipulated that the time period from the date of this stipulation, August 1, 2013, through and

25   including the date of the new status conference hearing, September 16, 2013, shall be excluded under the

26   Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

27   / / /

28   / / /

1  counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

2  continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: July 31, 2013

4  Respectfully submitted,

5

6  BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
   United States Attorney                      Federal Defender

7  By:

8   /s/ Lexi Negin for                           /s/ Lexi Negin
   JASON HITT                                  LEXI NEGIN
9  Assistant U.S. Attorney                      Assistant Federal Defender
   Attorney for United States                   Attorney for Defendant
10                                              STEPHEN CRAIG SAEGER

11

12                            **O R D E R**

13        Based on the reasons set forth in the stipulation of the parties filed on August 1, 2013, and good cause

14  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY ORDERED

15  that the status conference currently scheduled for Monday, August 12, 2013, be vacated and that the case be

16  set for **Monday, September 16, 2013, at 9:30 a.m.**  The Court finds that the ends of justice served by granting

17  such a continuance outweigh the best interests of the public and the defendant in a speedy trial.   Accordingly,

18  IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 1, 2013, stipulation, the time

19  within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the

20  time period from the date of this stipulation, August 1, 2013, through and including September 16, 2013,

21  pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

22

23  DATED:  July 31, 2013

24

25  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

26

27

28
   Stipulation to Continue Status Conference            2            *US v. Saeger*, 11-501 WBS