| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
STEPHEN CRAIG SAEGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11-CR-501 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTININUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| STEPHEN CRAIG SAEGER, | ) | Date:    January 13, 2014 |
| | ) | Time:    9:30 a.m. |
| Defendant. | ) | Judge:   William B. Shubb |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, STEPHEN CRAIG SAEGER, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Monday, November 18, 2013, be continued to Monday, January 13, 2014, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses and investigating the facts of the case, and for further meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, November 13, 2013, through and including the date of the new status conference hearing, January 13, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | | |
|---|---|---|
| DATED: November 13, 2013 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for STEPHEN CRAIG SAEGER |
| DATED: November 13, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Lexi Negin for<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on November 13, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, November 18, 2013, be vacated and that the case be set for Monday, January 13, 2014, at 9:30 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 13, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, November 13, 2013, through and including January 13, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

Dated:  November 13, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE