1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LEXI P. NEGIN, #250376
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   STEPHEN CRAIG SAEGER

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )   Case No. 11-CR-501 WBS
                                     )
11              Plaintiff,           )   STIPULATION AND [~~PROPOSED~~] ORDER
                                     )   CONTINUING STATUS CONFERENCE
12      v.                           )   AND EXCLUDING TIME
                                     )
13  STEPHEN CRAIG SAEGER,            )   Date:   April 14, 2014
                                     )   Time:   9:30 a.m.
14              Defendant.           )   Judge:  William B. Shubb
                                     )
15  _____

16          It is hereby stipulated and agreed to between the United States of America through

17  JASON HITT, Assistant U.S. Attorney, and defendant, STEPHEN CRAIG SAEGER, by and

18  through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for

19  Monday, March 10, 2014, be continued to Monday, April 14, 2014, at 9:30 a.m.

20          The reason for this continuance is to allow defense counsel additional time to continue

21  examining the possible defenses and investigating the facts of the case, and for further meetings

22  between the parties with the goal being to resolve the case by way of a disposition.

23          It is further stipulated that the time period from the date of this stipulation, March 5,

24  2014, through and including the date of the new status conference hearing, April 14, 2014, shall

25  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4,

26  due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

27  of justice to be served by granting the continuance outweigh the best interests of the public and

28  the defendant in a speedy trial.

1    DATED: March 5, 2014                    HEATHER E. WILLIAMS
2                                            Federal Defender

3                                            /s/ Lexi Negin
4                                            LEXI NEGIN
                                             Assistant Federal Defender
5                                            Attorney for STEPHEN CRAIG SAEGER

6

7    DATED: March 5, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney
8

9                                            /s/ Lexi Negin for
10                                           JASON HITT
                                             Assistant U.S. Attorney
11                                           Attorney for Plaintiff

12                              **O R D E R**

13

14          Based on the reasons set forth in the stipulation of the parties filed on March 5, 2014, and

15   good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT

16   IS HEREBY ORDERED that the status conference currently scheduled for Monday, March 10,

17   2014, be vacated and that the case be set for Monday, April 14, 2014, at 9:30 a.m.  The Court

18   finds that the ends of justice served by granting such a continuance outweigh the best interests of

19   the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for

20   the reasons stated in the parties' March 5, 2014, stipulation, the time within which the trial of this

21   matter must be commenced under the Speedy Trial Act is excluded during the time period from

22   the date of this stipulation, March 5, 2014, through and including April 14, 2014, pursuant to 18

23   U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

24   Dated:  March 7, 2014

25

26   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
27

28