HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN CRAIG SAEGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11-CR-501 WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTININUING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME |
| STEPHEN CRAIG SAEGER, | ) ) | Date:  June 16, 2014 Time:  9:30 a.m. |
| Defendant. | ) ) | Judge:  William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, STEPHEN CRAIG SAEGER, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Monday, May 12, 2014, be continued to Monday, June 16, 2014, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses and investigating the facts of the case, and for further meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, May 8, 2014, through and including the date of the new status conference hearing, June 16, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| DATED: May 8, 2014 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for STEPHEN CRAIG SAEGER |
| DATED: May 8, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Lexi Negin for<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 8, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, May 12, 2014, be vacated and that the case be set for Monday, June 16, 2014, at 9:30 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 8, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 8, 2014, through and including June 16, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

Dated:  May 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE